IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| JACQUELIN ANN SPITZ § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No.: 0:18-cv-1084-MGL |
| § | |
| ANDREW M. SAUL, § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff Jacquelin Ann Spitz's (Spitz) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $6,065.88, and costs in the amount of $16.26. Subsequent to Spitz filing this motion, she and Defendant Andrew M. Saul stipulated she would instead receive $5,760 in attorney fees, and $16.26 for costs.

Having carefully considered the motion, the stipulation, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 23rd day of September, 2019, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE